UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY F. LARKIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ELIZABETH J. CABRASER, et al.,<br><br>　　　　　　Defendants. | Case No. 24-cv-00190-HSG<br><br>**ORDER OF DISMISSAL** |

On or about January 10, 2024, Plaintiff commenced this action by filing a complaint with the Court. Dkt. No. 1. That same day, the Court sent Plaintiff a notice that the action was deficient because he had not paid the filing fee or filed an application for leave to proceed *in forma pauperis*. ECF No. 2. The Court informed Plaintiff that he should correct this deficiency by February 7, 2024, or the action would be dismissed. *Id.* The Court sent Plaintiff a blank *in forma pauperis* application form. *Id.* The deadline has passed, and Plaintiff has not filed an *in forma pauperis* application, or paid the filing fee, or otherwise communicated with the Court. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated: 2/26/2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge