1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY F. LARKIN,

          Plaintiff,

    v.

ELIZABETH J. CABRASER, et al.,

          Defendants.

Case No. 24-cv-00190-HSG

**ORDER SETTING BRIEFING SCHEDULE; VACATING HEARING**

Re: Dkt. No. 34

Defendants have filed a Motion for Transfer of Action to the Eastern District of Louisiana, or for Dismissal ("Transfer Motion"). Dkt. No. 34. In light of Plaintiff's *pro se* status, the Court ORDERS as follows. Plaintiff shall file his opposition to the Transfer Motion by January 17, 2025. Defendants shall file their reply by January 31, 2025. The Transfer Motion will be deemed submitted as of January 31, 2025. No hearing will be held on this motion. The Court VACATES the January 30, 2025 hearing date.

    **IT IS SO ORDERED.**

Dated:   12/12/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge